Motion Granted; Petition for
Writ of Mandamus Dismissed and Memorandum Opinion filed April 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00328-CV

____________

 

IN RE ANISHYA ANNA TIEDEMANN, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

County Court at Law No. 3

Galveston County, Texas

Trial Court Cause No. 11FD0273

 

 

 



M E M O R
A N D U M  O P I N I O N

            On April 15, 2011, relator, Anishya Anna Tiedemann, filed a
petition for writ of mandamus in this Court.  See Tex. Gov’t Code Ann
§22.221 (Vernon 2004); see also Tex. R. App. P. 52.1.  On April 18,
2011, relator filed a motion to dismiss her petition.      

The motion is granted and the petition for writ of mandamus
is ordered dismissed.








                                                                        PER
CURIAM

 

Panel
consists of Justices Anderson, Brown, and Christopher.